UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Elfriede Glancy<br><br>v.<br><br>Department 56, Inc., et al. | )<br>)<br>)<br>)<br>) | 01-CV-401 (JMR/SRN) |
| I Sion Sian Lee-Zoha<br><br>v.<br><br>Department 56, Inc., et al. | )<br>)<br>)<br>)<br>) | 01-CV-655 (DSD/JMM) |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 01-CV-401 having been assigned to the Honorable James M. Rosenbaum, United States District Judge, and Case No. 01-CV-655 having later been assigned to the Honorable David S. Doty, United States District Judge, and said matters being related cases, IT IS ORDERED that:

1. Case No. 01-CV-655 be assigned to Judge Rosenbaum, nunc pro tunc, by use of a card on the Securities list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order, dated February 5, 1993.

FILED JUN 0 6 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

2. A copy of this Order shall be filed in each case.

Dated: June 5th, 2001

JAMES M. ROSENBAUM
United States District Judge

Dated: June 5, 2001

DAVID S. DOTY
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge James M. Rosenbaum and Magistrate Judge Susan R. Nelson.

I Sion Sian Lee-Zoha vs. Department 56, Inc., et al

NEW CASE NUMBER CIVIL 01-655 JMR/SRN

Use this case number for all further filings.