UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE DEPARTMENT 56, INC., SECURITIES LITIGATION | CIV. ACTION NO. 01-401 JMR/SRN |

**STIPULATION AND ORDER**

Plaintiffs, by their undersigned counsel, and Defendants, by their undersigned counsel, hereby stipulate and agree:

1. Defendants shall respond to the Consolidated Amended Complaint with a motion to dismiss. Their opening motion papers shall be served on or before November 12, 2001; Plaintiffs' opposition papers shall be served on or before December 12, 2001; and Defendants' reply papers shall be served on or before December 28, 2001.

2. Plaintiffs hereby dismiss Messrs. Kennedy, Peters and Tomlinson as Defendants in this action.

**REINHARDT & ANDERSON**

Dated: 10/24, 2001

By: Garrett D. Blanchfield (HE)
Garrett D. Blanchfield, Jr. (#209855)
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101
(651) 227-9990

*Local Counsel for Plaintiffs*

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

*~ and ~*

David Kessler
Stuart Berman
Marc Willner
**SCHIFFRIN & BARROWAY LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

*Lead Counsel for Plaintiffs*

Dated: October 24, 2001

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: ______________________________

Richard G. Wilson (#16544X)
Michael C. McCarthy (#230406)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 672-8200

*Local Counsel for Defendants*

*~ and ~*

Mitchell A. Lowenthal
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006-1470
(212) 225-2000

*Lead Counsel for Defendants*

**ORDER**

Based on the foregoing stipulation of counsel for the parties,

IT IS HEREBY ORDERED THAT:

1. If Defendants respond to the Consolidated Amended Complaint in this action with a motion to dismiss, their opening motion papers shall be served on or before November 12, 2001; Plaintiffs' opposition papers shall be served on or before December 12, 2001; and Defendants' reply papers shall be served on or before December 28, 2001.

2. Messrs. Kennedy, Peters and Tomlinson shall be, and hereby are, dismissed as Defendants in this action.

IT IS SO ORDERED.

DATED: October 29th, 2001

~~Susan Richard Nelson~~
~~UNITED STATES MAGISTRATE JUDGE~~
HONORABLE JAMES M. ROSENBAUM, Chief
U.S. District Court Judge.

170134.1